**Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000191
14-APR-2026
07:56 AM
Dkt. 13 ODSLJ**

NO. CAAP-26-0000191

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MARYANN SASAKI, Plaintiff-Appellee,
v.
DOREEN FUKUSHIMA, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-24-0001827)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Nakasone, Chief Judge, Wadsworth and Guidry, JJ.)

Upon review of the record, it appears that self-represented Defendant-Appellant Doreen Fukushima appeals from a March 9, 2026 "Order Denying Defendant Doreen Fukushima, M.D.'s Motion to Recuse Judge Lisa W. Cataldo Pursuant to Rule 2.11 of the Hawaiʻi Revised Code of Judicial Conduct," entered in the Circuit Court of the First Circuit.

The court lacks appellate jurisdiction because the Circuit Court has not entered a final, appealable order or judgment, see Hawaiʻi Revised Statutes (**HRS**) § 641-1(a) (2016); Hawaiʻi Rules of Civil Procedure Rules 54(b), 58; Jenkins v. Cades Schutte Fleming & Wright, 76 Hawaiʻi 115, 119, 869 P.2d 1334, 1338 (1994), and the order appealed-from is not independently appealable under the collateral order or Forgay[1] doctrines, nor has the Circuit Court granted leave to file an interlocutory appeal under HRS § 641-1(b).  See Greer v. Baker, 137 Hawaiʻi 249, 253, 369 P.3d 832, 836 (2016) (setting forth the

---

[1] Forgay v. Conrad, 47 U.S. 201 (1848).

requirements for appealability under the collateral-order doctrine and the <u>Forgay</u> doctrine); HRS § 641-1(b) (specifying requirements for leave to file interlocutory appeal).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, April 14, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge